IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARLON SHELMON,**<br>Plaintiff,<br>**v.**<br>**J. CARRILLO, et al.,**<br>Defendants. | Case No. 5:26-cv-04672-SVK<br>**~~[PROPOSED]~~ ORDER** |

Defendants filed an administrative motion to change time to file a dispositive motion until after their motion for partial dismissal is resolved. The Court has read and considered Defendants' motion and accompanying declaration of counsel, and finds that good cause exists to grant this motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' administrative motion to change time to file a dispositive motion is granted; and

2. Defendants shall file a dispositive motion by 60 days after the date the Court resolves their motion to dismiss (ECF No. 11).

Dated: September 1, 2026

The Honorable Susan van Keulen